DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. QUICK

No. 457P02

Case below: 152 N.C. App. 220

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 October 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

STATE v. SMITH

No. 490P02

Case below: 152 N.C. App. 29

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

STATE v. SPRUILL

No. 404A92-4

Case below: Northampton County Superior Court

Motion by defendant for remand dismissed as moot 3 October 2002.

STATE v. STARNER

No. 498P02

Case below: 152 N.C. App. 150

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

STATE v. STONE

No. 601P01

Case below: 146 N.C. App. 308

Motion by Attorney General to dismiss appeal allowed 3 October 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.